AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Prost, Sharon | 2. Court or Organization<br><br>Federal Circuit | 3. Date of Report<br><br>05/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Court of Appeals, Fed Cir
717 Madison Pl., NW
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Washington School of Law CASRIP | 03/18-25/2012 | Rome, Italy | Conference panelist | Transportation, food, lodging |
| 2. | Joint Patent Practice Continuing Legal Education, Inc. | 04/16-17/2012 | New York City, NY | Keynote speaker | Transportation, food, lodging |
| 3. | Stanford Law School | 04/26-27/2012 | Stanford, CA | Conference panelist | Transportation, food, lodging |
| 4. | Federal Circuit Bar Assoc. (with the US Patent and Trademark Office) | 05/22-23, 26-06/03/12 | Beijing and Shanghai, China | Conference panelist | Transportation, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/15/2013 |

| 5. | China International Pharma, Biotech & Chemical IP Forum | 05/24-25/2012 | Taizhou, China | Confernce speaker | Transportation, food, lodging |
|---|---|---|---|---|---|
| 6. | Federal Circuit Bar Association | 06/20-23/2012 | San Diego, CA | Conference panelist | Transportation, food, lodging |
| 7. | Intellectual Property Law Association of Chicago | 11/02-03/2012 | Chicago, IL | Judges' Dinner | Transportation, food, lodging |
| 8. | Intellectual Property Section of the State Bar of Georgia | 11/08-11/2012 | Cancun, Mexico | Conference panelist | Transportation, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Prost, Sharon** | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Supreme Industries Inc | A | Dividend | J | T | Buy | 06/12/12 | J | | |
| 2. ML Fundamental Growth Mutual Fund | | None | J | T | | | | | |
| 3. CMA Tax-Exempt Fund | A | Interest | J | T | | | | | |
| 4. General Electric Company | A | Dividend | J | T | | | | | |
| 5. Pioneer - Pioneer Value Fund CIA | A | Dividend | K | T | | | | | |
| 6. American Funds - SmallCap World Fund Inc. CIA (Am. Century) | | None | J | T | | | | | |
| 7. WGL Holdings Inc. | C | Dividend | K | T | | | | | |
| 8. **American Funds - Capital World Growth Income Fund (SeeVIII | | None | K | T | | | | | |
| 9. **American Funds New World Fund (See VIII) | A | Dividend | L | T | Buy | 07/13/11 | L | | |
| 10. Rental Property, Silver Spring, MD | D | Rent | M | W | | | | | |
| 11. United States Senate FCU - Account | B | Interest | M | T | | | | | |
| 12. United States Senate - ROTH IRA | A | Interest | J | T | | | | | |
| 13. Pioneer - Pioneer Mid-Cap Growth Fund - IRA | A | Dividend | K | T | | | | | |
| 14. M&T Bank - IRA | A | Interest | J | T | | | | | |
| 15. PNC Bank - IRA | A | Interest | J | T | | | | | |
| 16. U.S. Government Fund - The Reserve Fund - IRA | A | Dividend | J | T | | | | | |
| 17. Merill Lynch Life Insurance Cash Surrender Value | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Prost, Sharon** | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PNC Bank - CDs | B | Interest | L | T | | | | | |
| 19. American Funds - Euro Pac Growth | A | Dividend | J | T | | | | | |
| 20. Goldman Sachs TR Mid-Cap Value Fund | | None | J | T | | | | | |
| 21. **Pentair Inc. (See VIII) | A | Dividend | | | Sold | 07/13/11 | J | A | |
| 22. **American Funds Growth Fund America (See VIII) | | None | K | T | | | | | |
| 23. American Century New Opportunities/ | | None | J | T | | | | | |
| 24. Eaton Vance Large Cap Value | A | Dividend | J | T | | | | | |
| 25. Hartford Growth Opportunities | | None | J | T | | | | | |
| 26. Artio Global Investment Funds International Equity II I | A | Dividend | | | Sold | 02/13/12 | J | A | |
| 27. Blackrock Global | A | Dividend | J | T | | | | | |
| 28. Dreyfus Appreciation | A | Dividend | J | T | | | | | |
| 29. Royce Pennsylvania Mutual Fund | A | Dividend | J | T | | | | | |
| 30. Thomas White Intl | A | Dividend | J | T | Buy | 02/13/12 | J | | |
| 31. Thornburg International Value Fund | A | Dividend | J | T | | | | | |
| 32. Wells Fargo Adv Emerging Growth | | None | J | T | | | | | |
| 33. Westcore Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 34. iShares Russell 1000 Growth Index Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. iShares Russell 1000 Value Index Fund | A | Dividend | J | T | | | | | |
| 36. Ohio (Bldg Auth) | A | Interest | | | Sold | 09/19/12 | K | B | |
| 37. Jefferson County, CO | A | Interest | K | T | | | | | |
| 38. Oregon St. Dpt. Admin. | A | Interest | | | Sold | 10/02/12 | K | B | |
| 39. Spring Branch, TX Indpt. School Dist. | A | Interest | K | T | | | | | |
| 40. University Tex. | A | Interest | K | T | | | | | |
| 41. Georgia | A | Interest | K | T | | | | | |
| 42. Ohio St Major New St Infrastructure | A | Interest | J | T | | | | | |
| 43. MFS ValueI Fund | A | Dividend | J | T | Sold (part) | 11/13/12 | J | A | |
| 44. Clackamas OR Cmty College | A | Interest | K | T | | | | | |
| 45. NY St EFC St Cln-Drinking Wtr | A | Interest | K | T | | | | | |
| 46. Tampa Fla Sales Tax Rev RF | A | Interest | K | T | | | | | |
| 47. New Jersey St Tran TR FD Auth | A | Interest | K | T | | | | | |
| 48. California Health Facs Fing Auth Rev | A | Interest | K | T | | | | | |
| 49. Virginia St PSA Sch Fing | A | Interest | K | T | | | | | |
| 50. New York, NY Ser B | A | Interest | K | T | Buy | 10/04/12 | K | | |
| 51. Cleveland Ohio Wtr Rev | A | Interest | K | T | Buy | 10/02/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Prost, Sharon | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 8 American Funds Capital World Growth was listed in 2011 as being sold, it should have been listed as a partial sale.

Line 9 American Funds New World Fund was purchased in 2011 but inadvertently not listed on my 2011 report

Line 21 Pentair was sold in 2011 but was not noted as sold on my 2011 report

Line 22 American Funds Growth Fund America was listed as sold on 10/15/09 but should have been listed as a partial sale.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sharon Prost**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544